JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICAELA LOPEZ, | ) | Case No.  CV 08-8667 RNB |
| Plaintiff, | ) | |
| v. | ) | **J U D G M E N T** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Reversing Decision of Commissioner and Remanding for the Payment of Benefits filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for the payment of benefits.

DATED: August 21, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE